■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GODFREY DYER, Appellant. [684 NYS2d 798] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.), rendered October 18, 1996, convicting him of assault in the second degree and criminal possession of a weapon in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's claim that the prosecution's failure to provide *Rosario* material warrants reversal has not been properly preserved for appellate review. In any event, the inadequacy of the record forecloses any intelligent review of the defendant's claim (*see, People v Rashid,* 164 AD2d 951).

The defendant was not denied the effective assistance of counsel (*see, People v Benevento,* 91 NY2d 708). Miller, J. P., Ritter, Florio and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK FORTUNE, Appellant. [684 NYS2d 887] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 20, 1997 (*People v Fortune,* 243 AD2d 646), affirming a judgment of the Supreme Court, Kings County, rendered August 4, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., Friedmann, Krausman and McGinity, JJ., concur.